IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREGG CRITTONDEN, | ) |
| | ) |
| Petitioner, | ) Case No. 1:11-cv-220-SJM-SPB |
| | ) |
| v. | ) |
| | ) |
| MICHAEL W. HARLOW, *et al.* | ) |
| | ) |
| Respondents. | ) |

**MEMORANDUM ORDER**

The instant petition for writ of habeas corpus was received by the Clerk of Court on September 26, 2011 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Report and Recommendation, filed on October 3, 2012 [16], recommends that the instant petition for writ of habeas corpus be denied and that a certificate of appealability also be denied. The parties were allowed fourteen (14) days from the date of service in which to file objections. Service was made on Petitioner by certified mail at SCI-Albion, where he is currently incarcerated, and on the Respondents. No objections to the Report and Recommendation have been filed.

After de novo review of the petition and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 26th Day of October, 2012;

IT IS ORDERED that the instant petition for writ of habeas corpus shall be, and hereby is, DENIED. Inasmuch as jurists of reason would not find it debatable that the Petitioner has failed to make a substantial showing of the denial of a constitutional right, IT IS FURTHER ORDERED that no certificate of appealability shall issue.

The Report and Recommendation of Magistrate Judge Baxter, filed on October 3, 2012 [16], is adopted as the opinion of the Court.

                                                  s/    Sean J. McLaughlin

                                                     SEAN J. McLAUGHLIN
                                                     United States District Judge

Cm:    All parties of record.

        U.S. Magistrate Judge Susan Paradise Baxter